UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x
DEBORA C. SHOCKNESS,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

        v.                    CV 02-6657 (LDW)

MICHAEL JEROME COOPER, et al

                Defendants.

-----------------------------------------------x

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff Debora C. Shockness recover of the defendant the sum of

$52,809.34.


Dated: Central Islip, New York        ROBERT C. HEINEMANN
       September 14, 2005           Clerk of Court

                                                By: _____
                                                     Josiah Kharjie
                                                       Courtroom Deputy